cause of action against any one of the parties jointly demurring." (6 Ency. of Pl. & Pr. 321; *People* v. *Mayor*, 28 Barb. 240, 251; *Holmes* v. *Seaboard Portland Cement Co.*, 63 Misc. Rep. 82.) Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ., concurred.

Malcolm Ross Matheson, as Substituted Trustee, etc., Appellant, v. Ottilie Mente and Others, Defendants, and Thomas O'Callaghan, Respondent.— Order in so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ., concurred.

Carrie Miller, an Infant, by Elizabeth Miller, Her Guardian ad Litem, Respondent, v. The City of New York, Appellant.— Judgment and order affirmed, with costs. No opinion. Thomas, Carr and Rich, JJ., concurred; Jenks, P. J., and Burr, J., dissented for error in refusing to charge as requested at folios 291 and 293.

John Nowakowski, Respondent, v. New York and North Shore Traction Company, Appellant.— Judgment and order reversed, and plaintiff's complaint dismissed, with costs of the appeal and of the action, on authority of *Nowakowski* v. *New York & North Shore T. Co.* (162 App. Div. 881), decided herewith. Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ., concurred.

The People of the State of New York, Respondent, v. Charles Christman, Appellant.— Judgment of conviction of the County Court of Kings county affirmed. No opinion. Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ., concurred.

The People of the State of New York ex rel. Carl W. Kotschau, Relator, v. Rhinelander Waldo, as Police Commissioner of the City of New York, Respondent.— Determination annulled, with fifty dollars costs and disbursements, and relator reinstated. In the opinion of this court the evidence against the relator, considered in the light of testimony produced by him from disinterested witnesses, and which remained uncontradicted in the case, failed to prove preponderantly a willful and conscious violation of duty by the relator. Jenks, P. J., Carr, Rich, Stapleton and Putnam, JJ., concurred.

Dominick Salatino, Respondent, v. Josephine Saladino, etc., Appellant. — Order affirmed. No opinion. Burr, Thomas, Carr, Rich and Stapleton, JJ., concurred.

Henry Scherer, Appellant, v. Joseph Fallert Brewing Company, Limited, and August Schweitzer, Respondents, and Another, Defendant.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas, Carr and Rich, JJ., concurred.

Samuel Schwartz, Respondent, v. J. Willett Fox and Susan Fox, Appellants, Impleaded with Another, Defendant.— Judgment of the City Court of Yonkers affirmed by default, with costs. Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ., concurred.

Frederick Seifter, etc., Respondent, v. American Bonding Company of Baltimore, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Burr, Thomas, Carr, Rich and Stapleton, JJ., concurred.